IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-02616-ZLW-CBS

KERRY R. HICKS,

    Plaintiff,

v.

BANK OF AMERICA, N.A.,
THE CADLE COMPANY
BUCKEYE RETIREMENT CO., LLC, LTD.,
WILLIAM E. SHAULIS, and
DANIEL C. CADLE,

    Defendants.
_____

MINUTE ORDER
_____

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated:  June  24 , 2005


    It is ORDERED that the Notice Of Withdrawal Of Request For Attorney's Fees And/Or Sanctions, treated as a motion to withdraw the request for attorneys' fees and/or sanctions, is granted.  It is

    FURTHER ORDERED that Bank Of America's Motion To Amend Its Combined (1) Reply In Support Of Joinder And Motion To Confirm Arbitration Award And (2) Response In Opposition To Cadle's Motion To Vacate Arbitration Award is granted.  It is

    FURTHER ORDERED that, in the future, titles of all papers filed with the Court shall not exceed 10 words, and counsel shall read and comply with D.C.COLO.LCivR 10.1I. (new format for case numbers).