IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-02616-ZLW-CBS

KERRY R. HICKS,

     Plaintiff,

v.

BANK OF AMERICA, N.A.,
THE CADLE COMPANY,
BUCKEYE RETIREMENT CO., LLC, LTD.,
WILLIAM E. SHAULIS, and
DANIEL C. CADLE,

     Defendants.
_____

ORDER
_____

This matter came before the Court on July 6, 2005, for a hearing on (1) Plaintiff's Motion For Temporary Restraining Order Enjoining Defendants From Improper Contact With The Arbitrator and (2) the Motion To Withdraw As Counsel For The Cadle Company, Buckeye Retirement Co., LLC, LTD., William E. Shaulis And Daniel C. Cadle. The Court heard the arguments and statements of counsel, and made oral conclusions of law which are incorporated herein by reference as if fully set forth. Accordingly, it is

ORDERED that Plaintiff's Motion For Temporary Restraining Order Enjoining Defendants From Improper Contact With The Arbitrator is denied. It is

FURTHER ORDERED that Defendants Daniel C. Cadle, William E. Shaulis, and representatives of Defendants The Cadle Company and Buckeye Retirement Co., LLC,

LTD., shall not have communications, orally or in writing, including by email or telephone, with the arbitrator, JAMS, Plaintiff, or Plaintiff's counsel unless it is a communication approved by counsel or unless they are *pro se*. It is

FURTHER ORDERED that the Motion To Withdraw As Counsel For The Cadle Company, Buckeye Retirement Co., LLC, LTD., William E. Shaulis And Daniel C. Cadle is denied until substitute counsel enters an appearance on behalf of those Defendants.

DATED at Denver, Colorado, this   8   day of July, 2005.

BY THE COURT:

S/ Zita L. Weinshienk

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court