IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-02616-ZLW-CBS

KERRY R. HICKS,

      Plaintiff,

v.

BANK OF AMERICA, N.A.,
THE CADLE COMPANY,
BUCKEYE RETIREMENT CO., LLC, LTD.,
WILLIAM E. SHAULIS, and
DANIEL C. CADLE,

      Defendants.
_____

ORDER CONFIRMING ARBITRATION AWARD AS TO CERTAIN DEFENDANT
_____

The matters before the Court are (1) Plaintiff's Motion To Confirm Arbitration Award; (2) Bank of America's Joinder And Motion To Confirm Arbitration Award; and (3) the Motion To Vacate Arbitration Award filed by Defendants The Cadle Company and Buckeye Retirement Co., LLC, LTD.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332.  The Court notes that no party has challenged the arbitrator's ruling that there is no basis for any award against Defendant Bank of America, N.A. (Bank), and the Court will affirm the award as to the Bank.  As to the remaining portion of the award, the Court will hold a hearing, as set forth below.  Accordingly, it is

ORDERED that Bank of America's Joinder And Motion To Confirm Arbitration Award is granted.  It is

FURTHER ORDERED that the Arbitration Award and the Final Arbitration Award are confirmed to the extent they deny all claims against Defendant Bank of America, N.A.  It is

FURTHER ORDERED that Defendant Bank of America, N.A., is dismissed from this action and, in the future, the caption shall be amended to reflect this dismissal.  It is

FURTHER ORDERED that Plaintiff's Motion To Confirm Arbitration Award and the Motion To Vacate Arbitration Award filed by Defendants The Cadle Company and Buckeye Retirement Co., LLC, LTD., are set for hearing on Tuesday, November 8, 2005, at 2:00 p.m., in Courtroom A801, Eighth Floor, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado 80294.

DATED at Denver, Colorado, this   27   day of July, 2005.

BY THE COURT:

S/ Zita L. Weinshienk

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court