IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-02616-ZLW-CBS

KERRY R. HICKS,

    Plaintiff,

v.

THE CADLE COMPANY,
BUCKEYE RETIREMENT CO., LLC, LTD.,
WILLIAM E. SHAULIS, and
DANIEL C. CADLE,

    Defendants.
_____

ORDER
_____

The Court will consider Plaintiff's Motion To File Under Seal (Doc. No. 95) when counsel for Plaintiff complies with D.C.COLO.LCivR 7.1A.

DATED at Denver, Colorado, this ___24___ day of February, 2006.

BY THE COURT

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court