IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-02616-ZLW-CBS

KERRY R. HICKS,

     Plaintiff,

v.

THE CADLE COMPANY,
BUCKEYE RETIREMENT CO., LLC, LTD.,
WILLIAM E. SHAULIS, and
DANIEL C. CADLE,

     Defendants.

_____

ORDER
_____

     It is ORDERED that the parties shall file a further joint status report on or before November 15, 2006, informing the Court as to the status of arbitration.

     DATED at Denver, Colorado, this   5   day of September, 2006.

                                      BY THE COURT:

                                      _____
                                      ZITA L. WEINSHIENK,  Senior Judge
                                      United States District Court