IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-02616-ZLW-CBS

KERRY R. HICKS,

    Plaintiff,

v.

THE CADLE COMPANY,
BUCKEYE RETIREMENT CO., LLC, LTD.,
WILLIAM E. SHAULIS, and
DANIEL C. CADLE,

    Defendants.

_____

ORDER
_____

    It is ORDERED that the parties shall file a further joint status report on or before April 15, 2007, informing the Court as to the status of arbitration.

    DATED at Denver, Colorado, this   27   day of November, 2006.

                               BY THE COURT:

                               _____
                               ZITA L. WEINSHIENK,  Senior Judge
                               United States District Court