IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-02616-ZLW-CBS

KERRY R. HICKS,

    Plaintiff,

v.

THE CADLE COMPANY,
BUCKEYE RETIREMENT CO., LLC, LTD.,
WILLIAM E. SHAULIS, and
DANIEL C. CADLE,

    Defendants.

_____

ORDER
_____

    It is ORDERED that the parties, or Plaintiff, shall file a status report on or before May 14, 2007, informing the Court of the status of arbitration and, if a decision has been issued by the arbitrator by that date, identifying any outstanding issues remaining to be resolved in this action.

    DATED at Denver, Colorado, this ___17___ day of April, 2007.

                                      BY THE COURT:

                                      _____
                                      ZITA L. WEINSHIENK, Senior Judge
                                      United States District Court