IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-02616-ZLW-CBS

KERRY R. HICKS,

    Plaintiff,
v.

THE CADLE COMPANY
BUCKEYE RETIREMENT CO., LLC, LTD.,
WILLIAM E. SHAULIS, and
DANIEL C. CADLE,

    Defendants.
_____

MINUTE ORDER
_____

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: May __23__, 2007


    It is ORDERED that Plaintiff's Motion For Expedited Consideration Of "Plaintiff's Motion To Determine Whether Supplemental Status Report Should Remain Under Seal" [Filed Under Seal] (Doc. No. 146) is granted.  It is

    FURTHER ORDERED that Defendants shall file one response brief which responds both to Plaintiff's Motion To Determine Whether Supplemental Status Report Should Remain Under Seal (Doc. No. 141) and Plaintiff's Motion To Determine Whether Plaintiff's Motion For Expedited Consideration Should Remain Under Seal (Doc. No. 145), not to exceed ten pages, on or before May 30, 2007.  It is

    FURTHER ORDERED that Plaintiff may file one reply brief, not to exceed five pages, on or before June 4, 2007.  The Court thereafter will determine the motions based on the parties' papers without a hearing.