IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-02616-ZLW-CBS

KERRY R. HICKS,

    Plaintiff,

v.

THE CADLE COMPANY,
BUCKEYE RETIREMENT CO., LLC, LTD.,
WILLIAM E. SHAULIS, and
DANIEL C. CADLE,

    Defendants.

_____

ORDER
_____

The matter before the Court is Plaintiff's Motion For Entry And Certification Of Judgment Pursuant To Fed. R. Civ. P. 54(b) And Fed. R. Civ. P. 58.  Having considered the parties' papers, the Court determines that certification of the Court's October 26, 2005, Order as a final judgment pursuant to Fed. R. Civ. P. 54(b) is not appropriate at this time, particularly in light of the fact that the entire arbitration process appears recently to have been concluded.  Accordingly, it is

ORDERED that Plaintiff's Motion For Entry And Certification Of Judgment Pursuant To Fed. R. Civ. P. 54(b) And Fed. R. Civ. P. 58 (Doc. No. 133) is denied. It is

FURTHER ORDERED that the Unopposed Motion For Withdrawal Of Appearance is granted, and attorney Leah P. VanLandschoot is allowed to withdraw as counsel for Plaintiff. The Court notes that attorney Kris J. Kostolansky continues to represent Plaintiff.

DATED at Denver, Colorado, this   23   day of May, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court