IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-02616-ZLW-CBS

KERRY R. HICKS,

      Plaintiff,

v.

THE CADLE COMPANY,
BUCKEYE RETIREMENT CO., LLC, LTD.,
WILLIAM E. SHAULIS, and
DANIEL C. CADLE,

      Defendants.

_____

ORDER
_____

The matters before the Court are Plaintiff's Motion To Determine Whether

Supplemental Status Report Should Remain Under Seal and Plaintiff's Motion To

Determine Whether Plaintiff's Motion For Expedited Consideration Should Remain

Under Seal.  Under D.C.COLO.L.CivR. 7.2A, documents may be filed under seal only

upon "a showing of compelling reasons."  In determining whether documents should be

sealed, the Court looks to whether "the public's right of access is outweighed by

competing interests."[1]  Neither the fact that the arbitration award is not yet final, nor the

fact that the late Arbitrator James D. Hinga ordered that the arbitration proceedings

were to be confidential, constitute, without more, "compelling reasons" to seal the

_____

[1]United States v. Hickey, 767 F.2d 705, 708 (10th Cir. 1985) (quoting In re Knight Publishing Co.,
743 F.2d 231, 235 (4th Cir. 1984)).

documents.  Defendants at this time have identified no consideration outweighing the public's broad right of access to judicial filings.  After careful review of the motions and Defendants' response, it is

ORDERED that Plaintiff's Motion To Determine Whether Supplemental Status Report Should Remain Under Seal (Doc. No. 141) is granted.  It is

FURTHER ORDERED that Plaintiff's Motion To Determine Whether Plaintiff's Motion For Expedited Consideration Should Remain Under Seal (Doc. No. 145) is granted.  It is

FURTHER ORDERED that the Clerk shall unseal Plaintiff's Supplemental Status Report (Doc. No. 142) and Plaintiff's Motion For Expedited Consideration Of "Plaintiff's Motion To Determine Whether Supplemental Status Report Should Remain Under Seal" (Doc. No. 146), including all exhibits to both motions.

DATED at Denver, Colorado, this __4__ day of June, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court