IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

July 24, 2007

Darlene Martinez, Court Reporter
Valeri P. Barnes, Deputy Clerk

Civil Action No.  04-cv-02616-ZLW-CBS

| | |
|---|---|
| KERRY R. HICKS, | Kris Kostolansky |
| | Jaclyn Casey |
| Plaintiff, | |
| v. | |
| THE CADLE COMPANY; | R. William Rowe, II |
| BUCKEYE RETIREMENT CO., LLC, LTD.; | Dean Armstrong |
| WILLIAM E. SHAULIS; and | |
| DANIEL C. CADLE, | |
| Defendants. | |

## COURTROOM MINUTES

Hearing on Plaintiff's Motion For Preliminary Injunction

**1:35 p.m.     Court in session.**

Also present: Plaintiff Kerry R. Hicks.

Argument.

**ORDERED:** Plaintiff's Motion For Preliminary Injunction **(159)** is **denied** to the extent that it requests an injunction prohibiting Defendant Cadle and others from engaging in future alleged defamatory speech, due to concerns of prior restraint under Near v. State of Minnesota, 283 U.S. 697 (1931).

**ORDERED:** Plaintiff's alternate request that Daniel Cadle, The Cadle Company and Buckeye Retirement's officers, agents, servants, employees, attorneys, and all other persons in active concert or participation with them, shall attach a copy of Judge Dubofsky's arbitration award and a copy of this

        Court's Order to any communications accusing Mr. Hicks of having committed bank fraud, perjury or any other criminal act is **granted.**

**ORDERED:** The Court's July 10, 2007, Order that there shall be no further incidents of conduct by Mr. Cadle substantially similar to those set forth on pages 19-20 of judge Dubofsky's arbitration order will remain in effect.

Plaintiff shall prepare a proposed order for the Court.

**2:58 p.m.**     **Court in recess/hearing concluded.**

Total in-court time: 1:23