IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-02616-ZLW-KLM

KERRY R. HICKS,

    Plaintiff,

v.

THE CADLE COMPANY,
BUCKEYE RETIREMENT CO., LLC, LTD.,
WILLIAM E. SHAULIS, and
DANIEL C. CADLE,

    Defendants.

---

## ORDER

---

The Court has received two e-mail letters, one from Defendant Daniel C. Cadle's counsel on August 14, 2007, and one from the remaining Defendants' counsel on August 15, 2007. Parties may not send letters or other communications directly to a judicial officer; all matters submitted to a judicial officer's attention must be filed with the Clerk's Office.[1]  Accordingly, it is

ORDERED that the Court Clerk shall file the e-mail letters dated August 14 and 15, 2007, and their attachments, as exhibits to this Order. Further, it is

---

[1] See D.C.COLO.LCivR 77.2.

ORDERED that, in the future, all submissions to the Court, with the exception of proposed orders, shall be <u>filed</u>, not e-mailed or mailed to Chambers, in accordance with the Local Rules of this Court.

DATED at Denver, Colorado, this 22 day of August, 2007.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court