IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-02616-ZLW-KLM

KERRY R. HICKS,

    Plaintiff,

v.

THE CADLE COMPANY,
BUCKEYE RETIREMENT CO., LLC, LTD.,
WILLIAM E. SHAULIS, and
DANIEL C. CADLE,

    Defendants.
_____

ORDER
_____

    The matter before the Court is Defendant Daniel C. Cadle's Motion For Unconventional Filing Of Arbitration Record. The Court has reviewed the motion. Defendant Cadle attached exhibits to his Motion To Vacate Phase II Arbitration Award which include those portions of the arbitration record that apparently are relevant to and referenced in his motion. Defendant Cadle has made no showing as to why the entire, voluminous arbitration record must be filed in this case. Accordingly, it is

    ORDERED that the Motion For Unconventional Filing Of Arbitration Record (Doc. No. 204) is denied.

    DATED at Denver, Colorado, this   22   day of August, 2007.

                       BY THE COURT:

                       _____
                       ZITA L. WEINSHIENK, Senior Judge
                       United States District Court