IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-02616-ZLW-KLM

KERRY R. HICKS,

      Plaintiff,

v.

THE CADLE COMPANY,
BUCKEYE RETIREMENT CO., LLC, LTD.,
WILLIAM E. SHAULIS, and
DANIEL C. CADLE,

      Defendants.
_____

ORDER
_____

The matter before the Court is Defendants the Cadle Company, Buckeye Retirement Co., LLC, Ltd., and William E. Shaulis'[1] Motion For Reconsideration Of Minute Order And Authority.  The Cadle Defendants have requested that the Court reconsider the July 17, 2007, Minute Order limiting their exhibits in support of their response to Plaintiff's Motion To Confirm Phase II Arbitration Award And To Enter Judgment For Phase I And II Awards to 82 pages.  After receiving the Motion For Reconsideration, a member of the Court's staff, at the Court's request, made several calls to the Cadle Defendants' counsel to ask how many pages of exhibits were essential to the response brief.  After leaving messages containing that inquiry on three separate occasions, Court staff finally was informed by the Cadle Defendants'

---

[1] Collectively, "the Cadle Defendants."

counsel's office that the number of pages required would be addressed in the Cadle Defendants' reply brief. The reply brief does not, however include that information, and the Cadle Defendants nowhere have stated how many pages of exhibits are essential to their brief. Further, as Plaintiff has noted, 25 pages of the exhibits that the Cadle Defendants did file were previously filed in this case.[2] The Cadle Defendants have failed to explain why they must file "thousands" of pages of exhibits in order to adequately argue their position. Nonetheless, the Court notes that Plaintiff was permitted to file 174 pages of exhibits in support if his motion for preliminary injunction, and, in order to bring this dispute to a close, it is

ORDERED that Defendants the Cadle Company, Buckeye Retirement Co., LLC, Ltd., and William E. Shaulis' Motion For Reconsideration Of Minute Order And Authority (Doc. No. 183) is granted in part, and the Cadle Defendants may file 92 additional pages of exhibits in support of their brief in response to Plaintiff's Motion To Confirm Phase II Arbitration Award And To Enter Judgment For Phase I And II Awards.

DATED at Denver, Colorado, this   22   day of August, 2007.

BY THE COURT:

_Zita L. Weinshienk_
ZITA L. WEINSHIENK, Senior Judge
United States District Court

---

[2] The Court expressly stated in the July 13, 2007, Minute Order that "Defendants may refer to any exhibits that already have been filed in this case."

2