IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-02616-ZLW-KLM

KERRY R. HICKS,

    Plaintiff,
v.

THE CADLE COMPANY,
BUCKEYE RETIREMENT CO., LLC, LTD.,
WILLIAM E. SHAULIS, and
DANIEL C. CADLE,

    Defendants.
_____

ORDER
_____

The matter before the Court is Plaintiff's Supplemental Memorandum Of Law Re: The Scope Of Injunctive Relief And <u>Near v. Minnesota</u>, which the Court treats as a motion for reconsideration of the Court's Orders of July 24, 2007, as reflected in the Courtroom Minutes of the same date.  The Court has considered carefully Plaintiff's arguments and the legal authority discussed in Plaintiff's brief.  It is

ORDERED that Plaintiff's Supplemental Memorandum Of Law Re: The Scope Of Injunctive Relief And <u>Near v. Minnesota</u> (Doc. No. 191), which the Court treats as a motion for reconsideration of the Court's Orders of July 24, 2007, is denied.

DATED at Denver, Colorado, this   22   day of August, 2007.

                    BY THE COURT:

                    ZITA L. WEINSHIENK, Senior Judge
                    United States District Court