IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-02616-ZLW-KLM

KERRY R. HICKS,

      Plaintiff,

v.

THE CADLE COMPANY,
BUCKEYE RETIREMENT CO., LLC, LTD.,
WILLIAM E. SHAULIS, and
DANIEL C. CADLE,

      Defendants.

_____

ORDER
_____

This matter was before the Court on July 24, 2007, for a hearing on Plaintiff's

Motion For Preliminary Injunction To Preclude Further Defamation Or, Alternatively, To

Require Mandatory Disclosure.  The Court heard the arguments and statements of

counsel, and made oral conclusions of law which are incorporated herein by reference

as if fully set forth.  Accordingly, it is

ORDERED that Plaintiff's Motion For Preliminary Injunction To Preclude Further

Defamation Or, Alternatively, To Require Mandatory Disclosure (Doc. No. 159) is

denied as to Plaintiff's request for a preliminary injunction to preclude further

defamation, and granted as to Plaintiff's alternative request to require mandatory

disclosure.  It is

FURTHER ORDERED that Daniel C. Cadle, The Cadle Company, and Buckeye

Retirement Co. LLC, Ltd., and their officers, agents, servants, employees, and

attorneys, and all those persons in active concert or participation with them, are

ordered to attach a copy of (1) this Order, (2) Judge Dubofsky's Arbitration Award, and

(3) any Order which may be issued in the future by this Court confirming Judge

Dubofsky's Arbitration Award, to any reports that said parties make to any

governmental entity, including any administrative, law enforcement, or judicial entity,

and/or any private third party, accusing Kerry R. Hicks of having committed bank fraud,

perjury or any other criminal act, or suggesting that he has done so, or suggesting that

the conduct in which he engaged was criminal.  It is

FURTHER ORDERED that the Court's July 10, 2007, Order that there shall be

no further incidents of conduct substantially similar to those set forth on pages 19-20 of

Judge Dubofsky's Arbitration Award remains in full force and effect.

DATED at Denver, Colorado, this   28   day of August, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court