IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-02616-ZLW-KLM

KERRY R. HICKS,

    Plaintiff,
v.

THE CADLE COMPANY,
BUCKEYE RETIREMENT CO., LLC, LTD.,
WILLIAM E. SHAULIS, and
DANIEL C. CADLE,

    Defendants.
_____

ORDER
_____

The matter before the Court is Plaintiff's Motion For Leave To File Second Amended Complaint And To Refer Claims To Arbitration (Doc. No. 187).  Because Plaintiff is requesting leave to file new claims concerning events alleged to have occurred after the date of the Amended Complaint, Plaintiff appears to be requesting leave to file a supplemental complaint under Fed. R. Civ. P. 15(d), not a second amended complaint under Fed. R. Civ. P. 15(a), which would supersede the prior Amended Complaint.  The Court therefore treats Plaintiff's motion as a motion to file a supplemental complaint pursuant to Fed. R. Civ. P. 15(d) and refer claims to arbitration.

Before ruling on Plaintiff's motion, the Court requests that the attorneys hold a settlement conference before Magistrate Judge Kristen L. Mix, who is new to this case.  The attorneys thereafter shall advise the Court on or before October 10, 2007, of whether resolution of some or all of the issues presented by Plaintiff's motion, including

2

the proposed supplemental claims themselves, is possible.  If no resolution is possible, then the Court will proceed to rule on Plaintiff's motion.

DATED at Denver, Colorado, this ___19___ day of September, 2007.

BY THE COURT:

/s/ Zita L. Weinshienk
ZITA L. WEINSHIENK, Senior Judge
United States District Court