IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-02616-ZLW-KLM

KERRY R. HICKS,

    Plaintiff,

v.

THE CADLE COMPANY,
BUCKEYE RETIREMENT CO., LLC, LTD.,
WILLIAM E. SHAULIS, and
DANIEL C. CADLE,

    Defendants.
_____

## ORDER
_____

The matter before the Court Defendant Daniel C. Cadle's Motion For Authorization To Send Complaint Letter To SEC. The Court has reviewed carefully the moving and responding papers and the exhibits cited in and attached thereto. It is

ORDERED that Defendant Daniel C. Cadle's Motion For Authorization To Send Complaint Letter To SEC (Doc. No. 224) is denied.

DATED at Denver, Colorado, this ___30___ day of November, 2007.

BY THE COURT:

*[signature]*

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court