IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-02616-ZLW-KLM

KERRY R. HICKS,

    Plaintiff,

v.

THE CADLE COMPANY,
BUCKEYE RETIREMENT CO., LLC, LTD.,
WILLIAM E. SHAULIS, and
DANIEL C. CADLE,

    Defendants.

## ORDER

The matter before the Court is Plaintiff's Request For Issuance Of Judgment In A Separate Document Pursuant To Fed. R. Civ. P. 58(d). Plaintiff states that on June 22, 2007, he moved for entry of judgment on Judge Dubofsky's and Arbitrator Hinga's final arbitration awards pursuant to Fed. R. Civ. P. 54(b). However, while Plaintiff's June 22, 2007, motion did request that the Court "[i]ssue an Order for entry of judgment" on Judge Dubofsky's award and "[e]nter judgment" on Arbitrator Hinga's award, Plaintiff failed to cite Fed. R. Civ. P. 54(b) or address in any way the standard for entry of a Rule 54(b) judgment in this Circuit.[1] Plaintiff's present motion also does not set forth any grounds upon which a Rule 54(b) judgment would properly be entered at this juncture. Accordingly, it is

---

[1] See Stockman's Water Co., LLC v. Vaca Partners, L.P., 425 F.3d 1263, 1265-66 (10th Cir. 2005).

ORDERED that Plaintiff's Request For Issuance Of Judgment In A Separate Document Pursuant To Fed. R. Civ. P. 58(d) (Doc. No. 258) is denied without prejudice.

DATED at Denver, Colorado, this __6th__ day of August, 2008.

BY THE COURT:

*/s/ Zita L. Weinshienk*

ZITA L. WEINSHIENK, Senior Judge
United States District Court