IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-02616-ZLW-KLM

KERRY R. HICKS,

    Plaintiff,

v.

THE CADLE COMPANY,
BUCKEYE RETIREMENT CO., LLC, LTD.,
WILLIAM E. SHAULIS, and
DANIEL C. CADLE,

    Defendants.

## ORDER

The matter before the Court is Defendant Daniel C. Cadle's Motion For Reconsideration. The Court has reviewed carefully the moving and responding papers and the applicable legal authority. It is

ORDERED that Defendant Daniel C. Cadle's Motion For Reconsideration (Doc. No. 285) is denied.

DATED at Denver, Colorado, this __21__ day of October, 2008.

BY THE COURT:

s/ Zita L. Weinshienk
_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court