IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-02616-ZLW-KLM

KERRY R. HICKS,

    Plaintiff,

v.

THE CADLE COMPANY,
BUCKEYE RETIREMENT CO., LLC, LTD.,
WILLIAM E. SHAULIS, and
DANIEL C. CADLE,

    Defendants.

## ORDER

The matter before the Court is Defendants' Motion To Stay Execution Of Final Judgment Pending Appeal And To Set Amount And Terms Of Supersedeas Bond (Doc. No. 305). Defendants wish to file certificates of deposit with the Court in lieu of filing a supersedeas bond pursuant to Fed. R. Civ. P. 62(d).[1] A supersedeas bond normally is required to stay execution of the judgment.[2] "When an appellant proposes an alternative to a supersedeas bond, it is the appellant's burden to demonstrate that posting a full bond is impossible, and to propose a plan that will provide adequate security for the judgment creditor, considering the relevant circumstances."[3]

---

[1] Defendants state that they "will file a supersedeas bond in the form of certificates of deposit" to be held by the Clerk of this Court. Defendants' Motion at 1-2. A certificate of deposit would be an alternative to, not a form of, a supersedeas bond.

[2] See Miami International Realty Co. v. Paynter, 807 F.2d 871, 873 (10th Cir. 1986). The supersedeas bond "is usually for the full amount of the judgment, though the district court has discretion in setting the amount." Strong v. Laubach, 443 F.3d 1297, 1299 (10th Cir. 2006).

[3] Hornick v. Boyce, 2007 WL 1795838, *1 (D. Colo. June 20, 2007).

Defendants have not explained why it is impossible for them to post a standard supersedeas bond in this case or how their proposed alternative will provide adequate security to Plaintiff.  Accordingly, it is

ORDERED that Defendants' Motion To Stay Execution Of Final Judgment Pending Appeal And To Set Amount And Terms Of Supersedeas Bond (Doc. No. 305) is denied without prejudice to Defendants filing a motion for approval of a standard supersedeas bond pursuant to Fed. R. Civ. P. 62(a) and Fed. R. App. P. 8(1)(B).  It is

FURTHER ORDERED that the appropriate amount of any supersedeas bond posted by Defendants in this case would be $2,363,077.77, which represents the judgment amount of $2,325,587.36 plus post judgment interest of $37,490.41 (one year of interest on the judgment at a rate of 1.59% from October 10, 2008, to October 10, 2009).

DATED at Denver, Colorado, this 10th day of December, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court