# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02616-ZLW-CBS

KERRY R. HICKS,

    Plaintiff/Appellee,

v.

THE CADLE COMPANY, BUCKEYE
RETIREMENT CO., LLC, LTD., WILLIAM
E. SHAULIS and DANIEL C. CADLE,

    Defendants/Appellants.

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 23 2009

**GREGORY C. LANGHAM**
CLERK

## SUPERSEDEAS BOND

The Appellants as principals are held and firmly bound to the Appellee in the sum of $2,363,077.77, to be paid to Appellee, his heirs, executors, administrators, or assigns from the cash proceeds ~~of a check~~ in the total amount of $2,363,077.77 tendered to the United States District Court on the 23rd day of February, 2009, or deposited herewith, for which payment well and truly made Appellants bind themselves, their heirs, executors, administrators, or assigns, jointly and severally, by this instrument.

Whereas, on the 14th of October, 2008, in an action pending in the above court, between the Plaintiff and the Defendants, judgment was rendered against Defendants, and the Appellants having filed a Notice of Appeal from such judgment to the United States Court of Appeals for the Tenth Circuit and having applied for and obtained an order of the District Court staying enforcement of such judgment during the pendency of the appeal.

Now, therefore, the condition of this obligation is that if the appellants shall prosecute their appeal to effect and shall satisfy the judgment in full, together with costs, interest, and damages for delay if the appeal is finally dismissed or the judgment is affirmed or shall satisfy in full such judgment as modified together with such costs, interests, and damages as the Court of Appeals may adjudge and award, this obligation shall be void; otherwise it shall remain in full service and effect.

Dated this 27th day of February, 2009.

APPROVED:

_____
United States District Judge

The Cadle Company
by: _____
William E. Shaulis, Executive Vice President

Buckeye Retirement Co., LLC., Ltd.
By: The Cadle Company, Manager
by: _____
William E. Shaulis, Executive Vice President

_____
William E. Shaulis

_____
Daniel C. Cadle