IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-02616-ZLW-CBS

KERRY R. HICKS,

    Plaintiff,

v.

THE CADLE COMPANY,
BUCKEYE RETIREMENT CO., LLC, LTD.,
WILLIAM E. SHAULIS, and
DANIEL C. CADLE,

    Defendants.

_____

ORDER
_____

The matter before the Court is Defendants' Motion To Stay Execution On Final Judgment Pending Appeal (Doc. No. 327). Concurrent with the issuance of the supersedeas bond, it is

ORDERED that Defendants' Motion To Stay Execution On Final Judgment Pending Appeal (Doc. No. 327; Feb. 20, 2009) is granted.

DATED at Denver, Colorado, this 27th day of February, 2009.

                         BY THE COURT:

                         _____
                         ZITA L. WEINSHIENK, Senior Judge
                         United States District Court