IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-02616-ZLW-KLM

KERRY R. HICKS,

    Plaintiff,

v.

THE CADLE COMPANY,
BUCKEYE RETIREMENT CO., LLC, LTD.,
WILLIAM E. SHAULIS, and
DANIEL C. CADLE,

    Defendants.
_____

ORDER
_____

It is ORDERED that the February 26, 2009, letter from The Cadle Company (Doc. No. 345), which the Court treats as a motion to strike and return documents, is granted, since it appears that the documents and CD filed as Doc. No. 336 in this case are unrelated to this case and were submitted to the Court in error. It is

FURTHER ORDERED that Doc. No. 336 in this case is stricken. It is

FURTHER ORDERED that the Clerk of Court shall return the hard copy documents and CD filed as Doc. No. 336 to The Cadle Company as requested in Doc. No. 345.

DATED at Denver, Colorado, this 2nd day of March, 2009.

BY THE COURT:

*(signature)*

ZITA L. WEINSHIENK, Senior Judge
United States District Court