IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-02616-ZLW-KLM

KERRY R. HICKS,

    Plaintiff,

v.

THE CADLE COMPANY,
BUCKEYE RETIREMENT CO., LLC, LTD.,
WILLIAM E. SHAULIS, and
DANIEL C. CADLE,

    Defendants.
_____

ORDER
_____

    Because Doc. No. 336 in this case was submitted to the Court in error, is unrelated to this case, and has been stricken by the Court, it is

    ORDERED that Doc. No. 336 in this case hereby is sealed by the Court *sua sponte,* until further order of the Court.

    DATED at Denver, Colorado, this 3rd day of March, 2009.

    BY THE COURT:

    _____
    ZITA L. WEINSHIENK, Senior Judge
    United States District Court