IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-02616-ZLW-KLM

KERRY R. HICKS,

    Plaintiff,

v.

THE CADLE COMPANY
BUCKEYE RETIREMENT CO., LLC, LTD.,
WILLIAM E. SHAULIS, and
DANIEL C. CADLE,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Dated: March 29, 2010

    It is ORDERED that Plaintiff's Motion To Authorize The Clerk Of Court To Issue A Certified Copy Of Amended Judgment (Doc. No. 391) is granted. Plaintiff's counsel may contact the Court Clerk's Office at (303) 844-3433 for instructions regarding how to obtain the certified copy. The fee is $9.00 plus $.50 per page for a certified copy.