IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 04-cv-02616-ZLW-KLM

KERRY R. HICKS,

    Plaintiff,

v.

THE CADLE COMPANY
BUCKEYE RETIREMENT CO., LLC, LTD.,
WILLIAM E. SHAULIS, and
DANIEL C. CADLE,

    Defendants.

---

## ORDER

---

    The Court has received notice from the United States Court of Appeals for the Tenth Circuit of that court's April 7, 2010, Order denying Defendants' Motion For Stay Of Execution On Expedited Basis, and has reviewed the Tenth Circuit's Order. Accordingly, it is

    ORDERED that this Court's April 6, 2010, stay (Doc. No. 401) of its March 31, 2010, Order (Doc. No. 395) is vacated. It is

    FURTHER ORDERED that the portion of the Court's April 6, 2010, Order which required Defendants to file a notice of ruling with this Court is vacated.

    DATED at Denver, Colorado this 7th day of April, 2010.

                                                     BY THE COURT:

                                                     ZITA LEESON WEINSHIENK, Senior Judge
                                                     United States District Court