IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 04-cv-02616-ZLW-KLM

KERRY R. HICKS,

    Plaintiff,

v.

THE CADLE COMPANY,
BUCKEYE RETIREMENT CO., LLC, LTD.,
WILLIAM E. SHAULIS, and
DANIEL C. CADLE,

    Defendants.
_____

# ORDER
_____

In consideration of Defendants' Notice Of Filing Of Motion To Stay With United States Supreme Court (Doc. No. 403; Apr. 7, 2010), it is

ORDERED that this Court's Order of March 31, 2010 (Doc. No. 395) is stayed until further order of this Court. It is

FURTHER ORDERED that, within one business day after the United States Supreme Court issues a ruling on Defendants' Motion to Stay, Defendants shall file with this Court a notice of ruling attaching a copy of the Supreme Court's ruling. This Court thereafter will address the status of the stay ordered herein. It is

FURTHER ORDERED that if the Supreme Court has not issued a ruling on Defendants' motion on or before Monday, April 19, 2010, the parties shall file a joint status report with this Court on Tuesday, April 20, 2010.

DATED at Denver, Colorado, this 9th day of April, 2010.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court