IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 04-cv-02616-ZLW-KLM

KERRY R. HICKS,

    Plaintiff,

v.

THE CADLE COMPANY,
BUCKEYE RETIREMENT CO., LLC, LTD.,
WILLIAM E. SHAULIS, and
DANIEL C. CADLE,

    Defendants.
_____

ORDER
_____

    The matter before the Court is Plaintiff's Expedited Motion To Reconsider Order Dated April 9, 2010 (Doc. No. 408).

    Defendants filed a motion to stay the execution of the Amended Judgment in the United States Supreme Court on April 8, 2010, as permitted under 28 U.S.C. § 2101(f) and Sup. Ct. R. 23. This Court stayed its March 31, 2010, Order only in order to preserve the status quo until the Supreme Court issues a ruling on Defendants' motion to stay. This Court is not willing to allow execution of the Amended Judgment and release of the bond funds to Plaintiff while an appropriate motion to stay those very acts is pending before the Supreme Court. This Court is not staying the Tenth Circuit's mandate; it is staying its March 31, 2010, Order only until the Supreme Court rules on the April 8, 2010, motion to stay. The Court considers this to be the prudent course of

action because, although it appears highly likely that the Supreme Court will deny Defendants' motion, the Court cannot know definitively what the Supreme Court will do. Accordingly, it is

ORDERED that Plaintiff's Expedited Motion To Reconsider Order Dated April 9, 2010 (Doc. No. 408) is denied.

DATED at Denver, Colorado, this 13th day of April, 2010.

BY THE COURT:

*[signature: Zita Leeson Weinshienk]*

ZITA LEESON WEINSHIENK, Senior Judge
United States District Court