IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 04-cv-02616-ZLW-KLM

KERRY R. HICKS,

    Plaintiff,

v.

THE CADLE COMPANY
BUCKEYE RETIREMENT CO., LLC, LTD.,
WILLIAM E. SHAULIS, and
DANIEL C. CADLE,

    Defendants.

## ORDER

    On April 13, 2010, Justice Sotomayor denied Defendants' application for stay of execution filed in the United States Supreme Court. Accordingly, it is

    ORDERED that this Court's April 9, 2010, stay (Doc. No. 405) of its March 31, 2010, Order (Doc. No. 395) is vacated. It is

    FURTHER ORDERED that the portion of the Court's April 9, 2010, Order which required Defendants to file a notice of ruling with this Court is vacated.

    DATED at Denver, Colorado this 14th day of April, 2010.

                             BY THE COURT:

                             *[signature: Zita Leeson Weinshienk]*

                             ZITA LEESON WEINSHIENK, Senior Judge
                             United States District Court