IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 04-cv-02616-ZLW-KLM

KERRY R. HICKS,

    Plaintiff,

v.

THE CADLE COMPANY
BUCKEYE RETIREMENT CO., LLC, LTD.,
WILLIAM E. SHAULIS, and
DANIEL C. CADLE,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE ZITA LEESON WEINSHIENK

Dated: May 4, 2010

    It is ORDERED that Plaintiff's Request For Filing Nunc Pro Tunc (Doc. No. 414) is granted to the extent that Plaintiff requests that the Court permit the late filing of Plaintiff's Response To Motion For Partial Confirmation Of Arbitration Award. It is

    FURTHER ORDERED that Plaintiff's Response To Motion For Partial Confirmation Of Arbitration Award shall be filed as a separate document on or before May 5, 2010. Defendants may file reply briefs within 18 days thereafter.