IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-02616-ZLW-CBS

KERRY R. HICKS,

    Plaintiff,

v.

THE CADLE COMPANY,
BUCKEYE RETIREMENT CO., LLC, LTD.,
WILLIAM E. SHAULIS, and
DANIEL C. CADLE,

    Defendants.
_____

## ORDER
_____

The matter before the Court is Plaintiff's Motion To Hold Daniel C. Cadle In Contempt (Doc. No. 418). The Court has reviewed carefully the moving and responding papers and the applicable legal authority. It is

ORDERED that Plaintiff's Motion To Hold Daniel C. Cadle In Contempt (Doc. No. 418) is denied. It is

FURTHER ORDERED that the Court hereby clarifies that the portion of the Court's Order of July 11, 2005 (Doc. No. 50) which ordered that "Defendants Daniel C. Cadle, William E. Shaulis, and representatives of Defendants The Cadle Company and Buckeye Retirement Co., LLC, LTD., shall not have communications, orally or in writing, including by email or telephone, with . . . Plaintiff's counsel unless it is a communication approved by counsel or unless they are *pro se*," means that Defendants shall not have

any communication with any attorney representing Plaintiff on any matter, in any jurisdiction, unless the communication is approved by counsel or unless the Defendant is *pro se*.

DATED at Denver, Colorado, this 23rd day of June, 2010.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court