IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 04-cv-02616-ZLW-KLM

KERRY R. HICKS,

    Plaintiff,

v.

THE CADLE COMPANY
BUCKEYE RETIREMENT CO., LLC, LTD.,
WILLIAM E. SHAULIS, and
DANIEL C. CADLE,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE ZITA LEESON WEINSHIENK

Dated: July 12, 2010

    It is ORDERED that Plaintiff's Motion To Accept For Filing Plaintiff's Sur-Reply To Defendant Daniel C. Cadle's Motion To Vacate Arbitration III Award (Doc. Nos. 431, 433) is granted, over objection. It is

    FURTHER ORDERED that Plaintiff's Sur-Reply To Defendant Daniel C. Cadle's Motion To Vacate Arbitration III Award (Doc. No. 433-1) shall be filed as a separate document on or before July 14, 2010.