IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 04-cv-02616-ZLW-KLM

KERRY R. HICKS,

    Plaintiff,

v.

THE CADLE COMPANY,
BUCKEYE RETIREMENT CO., LLC, LTD.,
WILLIAM E. SHAULIS, and
DANIEL C. CADLE,

    Defendants.

## ORDER

The matter before the Court is Defendant Daniel C. Cadle's Motion For Reconsideration Of The Court's November 4, 2010, Order (Doc. No. 445). The Court has reviewed the motion and the applicable legal authority carefully. It is

ORDERED that Defendant Daniel C. Cadle's Motion For Reconsideration Of The Court's November 4, 2010, Order (Doc. No. 445) is denied.

DATED at Denver, Colorado, this 29th day of November, 2010.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court