IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 04-cv-02616-WYD-KLM

KERRY R. HICKS,

    Plaintiff/Appellee,

v.

DANIEL C. CADLE,

    Defendant/Appellant,

and

THE CADLE COMPANY,
BUCKEYE RETIREMENT CO., LLC, LTD., and
WILLIAM E. SHAULIS
DANIEL C. CADLE,

    Defendants.

_____

**ORDER**
_____

    This matter is before the Court on Defendant/Appellant Daniel C. Cadle's Unopposed Motion to Set Supersedeas Bond, Approve Supersedeas Bond and to Stay Execution Pending Appeal, filed September 8, 2011 [ECF No. 460]. Upon review of the Motion and the file in this matter, it is hereby

    ORDERED that the Motion is **GRANTED**, and the form of Supersedeas Bond submitted as Exhibit A to the Motion shall be approved by the Court. It is

    FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 62(d), execution of the Judgment entered in this case on November 5, 2010 [ECF No. 443] shall be **STAYED**

pending appeal to the Tenth Circuit Court of Appeals.

Dated: September 9, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge