IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-02616-WYD-KLM

KERRY R. HICKS,

 Plaintiff/Appellee,

v.

DANIEL C. CADLE,

 Defendant/Appellant,

and

THE CADLE COMPANY,
BUCKEYE RETIREMENT CO., LLC, LTD., and
WILLIAM E. SHAULIS
DANIEL C. CADLE,

 Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

 Defendants' Motion for Leave to File Defendants' Amended and Corrected Response to Plaintiff's Motion to Compel Arbitration, filed January 18, 2012 [ECF No. 490] is **GRANTED**.  Defendant may file the Amended and Corrected Response attached to the motion.

 Dated:  February 8, 2012.